

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2014

No. 04-14-00100-CR

Edgar Javier **GONZALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-2321-CR
William Old, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Ms. Patricia Wagner is the reporter responsible for preparing, certifying and timely filing the reporter's record. Ms. Wagner's reporter's record was originally due on June 2, 2014. Ms. Wagner has been granted two previous extensions, the latest until August 21, 2014.

Ms. Wagner has filed a third request for an extension of time until September 22, 2014. The request is GRANTED and Ms. Wagner is hereby ORDERED to file the reporter's record no later than September 22, 2014. **No further extensions of time will be granted.**

If the record is not electronically filed by September 22, 2014, an order will issue directing Ms. Wagner to appear and show cause why she should not be held in contempt for failing to file the record.

The Clerk of this court shall cause a copy of this order to be served on Ms. Wagner by certified mail, return receipt requested, and by regular United States mail. Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the Honorable William Old. *See* TEX. R. APP. P. 35.3(c).

_____

Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2014.

_____

Keith E. Hottle
Clerk of Court